**Opinion issued September 27, 2012**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-11-01028-CR

_____

**JUSTIN CHARLES WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1298592**

---

## MEMORANDUM OPINION

Appellant, Justin Charles Williams, has filed a motion to dismiss the appeal.

The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R.

APP. P. 42.2(a). The Court has not issued an opinion. *See* TEX. R. APP. P. 42.2(b).

The Clerk of this Court has sent a duplicate copy to the trial court clerk. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).